AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

36 C.F.R. § 1004.23(a)(1) (Driving Under the Influence); 36 C.F.R. § 4.23(c)(2) (Refusal to Submit to Chemical Test); 36 C.F.R. § 1004.14(b) (Open Container).

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

**PENALTY:**

Maximum Prison Term 6 months
Maximum Fine $5,000
Mandatory Special Assessment $10

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

U.S. Park Police, National Park Service, Department of the Interior

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM

Joseph P. Russoniello

☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  Wendy Thomas

---

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

**DEFENDANT - U.S.**

▶ Brigit A. Ueber

DISTRICT COURT NUMBER

CR 08  0299  MAG

**DEFENDANT**

**IS NOT IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ 3/21/2008

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed? ☐ Yes  ☐ No } If "Yes" give date filed

DATE OF ARREST ▶ 3/21/08   Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED ▶   Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

728 Le Conte Street
San Francisco, CA 94124

Date/Time:

Before Judge:

Comments:

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11                                      )   No.
                                         )
12  UNITED STATES OF AMERICA,            )   VIOLATIONS: 36 C.F.R. § 1004.23(a)(1)
                                         )   - Operating a Motor Vehicle Under the
13         Plaintiff,                    )   Influence of Alcohol (Class B
                                         )   Misdemeanor); 36 C.F.R. § 1004.23(c)(2)
14     v.                                )   - Refusal to Submit to a Chemical Test
                                         )   (Class B Misdemeanor); 36 C.F.R. §
15  BRIGIT A. UEBER,                     )   1004.14(b) - Possession of Open
                                         )   Container of Alcoholic Beverage in Motor
16         Defendant.                    )   Vehicle (Class B Misdemeanor).
                                         )
17  _____)   SAN FRANCISCO VENUE

18                              I N F O R M A T I O N

19  The United States Attorney charges:

20  COUNT ONE: 36 C.F.R. § 1004.23(a)(1) - Operating a Motor Vehicle Under the Influence
21              of Alcohol
       On or about March 21, 2008, in the Northern District of California, within the boundaries
22
    of an area under the purview of the National Park Service and administered by the Presidio
23
    Trust, the defendant,
24
                                     BRIGIT A. UEBER,
25
    did operate and was in actual physical control of a motor vehicle while under the influence of
26
    alcohol to a degree that rendered her incapable of safe operation of the motor vehicle, in
27
    violation of Title 36 C.F.R. § 1004.23(a)(1), a Class B Misdemeanor.
28


INFORMATION

1  COUNT TWO: 36 C.F.R. § 1004.23(c)(2) - Refusal to Submit to a Chemical Test.

2  On or about March 21, 2008, in the Northern District of California, within the boundaries
3  of an area under the purview of the National Park Service and administered by the Presidio
4  Trust, the defendant,

5  BRIGIT A. UEBER,

6  did refuse the request and direction of an authorized person to submit to a test of blood and
7  breath for the purpose of determining the defendant's blood alcohol, and the authorized
8  person had probable cause to believe the defendant was under the influence of alcohol, in
9  violation of Title 36 C.F.R. § 1004.23(c)(2), a Class B Misdemeanor.

10
11  COUNT THREE: 36 C.F.R. § 1004.14(b) - Possession of Open Container of Alcoholic Beverage in Motor Vehicle.

12  On or about March 21, 2008, in the Northern District of California, within the boundaries
13  of an area under the purview of the National Park Service and administered by the Presidio
14  Trust, the defendant,

15  BRIGIT A. UEBER,

16  did carry and store a can and receptacle containing an alcoholic beverage that was open, and
17  whose seal was broken and its contents partially removed, within a motor vehicle, and the
18  container was stored in an area of the motor vehicle that was readily accessible to the vehicle
19  operator, in violation of Title 36 C.F.R. § 1004.14(b), a Class B Misdemeanor.

20
21  DATED: May 6, 2008              JOSEPH P. RUSSONIELLO
                                    United States Attorney
22
23
24                                  KYLE F. WALDINGER
                                    Deputy Chief, Major Crimes Section
25
26  (Approved as to form: _____)
27                       WENDY M. THOMAS
                         Special Assistant United States Attorney
28

INFORMATION